IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VAN PHI, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | _____ |
| vs. | § | |
| | § | |
| CARTER PRATHER AND ASPHALT & | § | |
| FUEL TRANSPORT, LLC D/B/A AF | § | |
| TRANSPORT, | § | |
| | § | |
| Defendants, | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a), Defendant Asphalt & Fuel Transport, LLC d/b/a AF Transport ("AF Transport") files this Notice of Removal, hereby removing this action from the 193rd Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division. Removal is based on diversity jurisdiction, because there is complete diversity between Van Phi ("Plaintiff"), and Defendants AF Transport and Carter Prather ("Prather") and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff is a Texas resident. Defendants are not Texas residents. Defendant AF Transport is not a Texas corporation, but is an Oklahoma corporation organized and incorporated under the laws of the state of Oklahoma. Defendant Prather is a resident of Oklahoma.

## I.
## INTRODUCTION

1. Plaintiff filed his Original Petition on December 1, 2020 in the 193rd Judicial District Court for Dallas County, Texas, located at 600 Commerce Street, Dallas, Texas 75202. Plaintiff's Original Petition asserts several causes of action against Defendants arising out of an alleged motor vehicle accident for which Plaintiff seeks damages greater than $250,000 but less than $1,000,000.

2.      Plaintiff served Defendant Prather on December 11, 2020. See Exhibit F. Plaintiff served Defendant AF Transport through the Texas Secretary of State. The Texas Secretary of State received the Citation and Petition on behalf of AF Transport on December 15, 2020.  See Exhibit 4. This Notice of Removal is being filed within thirty (30) days of service of the Citations and Original Petition on Defendants and is thus timely under 28 U.S.C. §1446(b).

## II.
## GROUNDS FOR REMOVAL

3.      Federal diversity jurisdiction exists over this removed action pursuant to 28 U.S.C. § 1331, because all relevant parties are diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**A.      There Is Complete Diversity Among the Parties.**

4.      Removal is proper, because there is complete diversity between the parties. *See* 28 U.S.C. § 1332(a).

5.      Plaintiff is a resident of Texas.

6.      Defendant AF Transport is an Oklahoma corporation organized and incorporated under the laws of the state of Oklahoma. Consequently, AF Transport is a citizen of the State of Oklahoma for purposes of diversity jurisdiction.

7.      Defendant Prather is an individual residing in Oklahoma. Consequently, Defendant Prather is a citizen of the State of Oklahoma for purposes of diversity jurisdiction.

**B.      The Amount In Controversy Exceeds $75,000.**

8.      Plaintiff's Original Petition seeks a total amount greater than $250,000 but less than $1,000,000. The damages claimed exceed the $75,000 jurisdictional threshold. In this regard, the damages Plaintiff claims in his petition, if claimed in good faith, are controlling. *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1938).

## III.
## VENUE

9. Venue for removal proper in this district and division under 28 U.S.C. § 1441(a), because this district and division embrace the Texas State District Courts of Dallas County, Texas, the forum in which the removed action was previously pending.

## IV.
## PROCEDURAL REQUIREMENTS

10. Pursuant to 28 U.S.C. §1446(a) and Northern District of Texas Local Rule LR 81.1, the Notice of Removal has the following attachments:

| | |
|---|---|
| Exhibit 1: | The completed civil cover sheet (and attached supplement) |
| Exhibit 2: | The supplemental civil cover sheet (and attached supplement); |
| Exhibit 3: | An index of all documents that clearly identifies each document and indicates the date the document was filed in state court; |
| Exhibits A–H: | Each document filed in the state court action excluding discovery material; |
| Exhibit 4: | Texas Secretary of State confirmation of receipt of service for Asphalt & Fuel Transport, LLC d/b/a AF Transport; |
| Exhibit 5: | Certificate of Interested Persons that complies with LR 3.1(c) or 3.2(e). |

11. Pursuant to 28 U.S.C.§ 1446(d), written notices of filing of this Notice of Removal will be given to all adverse parties promptly after the filing of same.

12. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed with the District Clerk for the 193rd Judicial District Court of Dallas County, Texas promptly after filing of same.

## V.
## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Defendant Asphalt & Fuel Transport LLC d/b/a AF Transport respectfully requests that the above-captioned action now pending in the 193rd Judicial District Court of Dallas County, Texas be removed to the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully Submitted,

*/s/ Kurt W. Meaders*
KURT W. MEADERS
State Bar No. 13879900
RAYMOND B. ALBERTSON
State Bar No. 00971600
MEADERS & ALFARO
ATTORNEYS AT LAW
2001 Bryan Street, Suite 3625
Dallas, TX 75201-3068
Telephone: (214) 721-6210
Facsimile: (214) 721-6289
Eservice: Efiling@meaderslaw.com

ATTORNEYS FOR DEFENDANTS
CARTER PRATHER AND ASPHALT & FUEL
TRANSPORT, LLC D/B/A AF TRANSPORT

**CERTIFICATE OF SERVICE**

I hereby certify that on 8 January 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the CM/ECF system, which will send notification of such filing to the following and I have separately sent such notification to the below:

James Bauguss III
State Bar No. 24045463
Ben Abbott & Associates, PLLC
1934 Pendleton Drive
Garland, TX 75041
Telephone: (972) 263-5555
Facsimile: (972) 682-7586
Eservice: Eservice@benabbott.com

*/s/ Kurt W. Meaders*
KURT W. MEADERS

JS 44   (Rev. 10/20) - TXND (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Van Phi

**DEFENDANTS**
See Supplement

**(b)** County of Residence of First Listed Plaintiff: **Dallas County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Tulsa County**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
See Supplement

Attorneys *(If Known)*
See Supplement

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [x] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | |
| | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332(a)

Brief description of cause:
Auto Accident -- Diversity

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 01/08/21
SIGNATURE OF ATTORNEY OF RECORD: /s/ Raymond B. Albertson

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# Exhibit 2

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 193rd Judicial District, Dallas County, TX | DC-20-17766 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | See Supplement | |
   | | |
   | | |
   | | |
   | | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?  ☐ Yes   ☒ No

   If "*Yes*," by which party and on what date?

   _____        _____
   Party                                                                    Date

4. **Answer:**

   Was an Answer made in State Court?   ☑ Yes   ☐ No

   If "*Yes*," by which party and on what date?

   | Both Defendants | 01/08/21 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | N/A | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | N/A | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | Negligence, Respondeat Superior |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| VAN PHI, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | _____ |
| vs. | § | |
| | § | |
| CARTER PRATHER AND ASPHALT & | § | |
| FUEL TRANSPORT, LLC D/B/A AF | § | |
| TRANSPORT, | § | |
| | § | |
| Defendants, | § | |

### SUPPLEMENT TO FEDERAL SUPPLEMENTAL CIVIL COVER SHEET

**2. Style of the Case:**

| Party and Party Type | Attorney(s) |
|---|---|
| Van Phi – Plaintiff | James Bauguss III<br>State Bar No. 24045463<br>Ben Abbott & Associates, PLLC<br>1934 Pendleton Drive<br>Garland, TX 75041<br>Telephone: (972) 263-5555 |
| Carter Prather – Defendant | Raymond B. Albertson<br>State Bar No. 00971600<br>Meaders & Alfaro<br>Attorneys at Law<br>2001 Bryan Street, Suite 3625<br>Dallas, TX 75201-3068<br>Telephone: (214) 721-6210 |
| Asphalt & Fuel Transport, LLC d/b/a AF Transport – Defendant | Raymond B. Albertson<br>State Bar No. 00971600<br>Meaders & Alfaro<br>Attorneys at Law<br>2001 Bryan Street, Suite 3625<br>Dallas, TX 75201-3068<br>Telephone: (214) 721-6210 |

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VAN PHI, § | | |
| § | | |
| Plaintiff, § | CIVIL ACTION NO. | |
| § | _____ | |
| vs. § | | |
| § | | |
| CARTER PRATHER AND ASPHALT & § | | |
| FUEL TRANSPORT, LLC D/B/A AF § | | |
| TRANSPORT, § | | |
| § | | |
| Defendants, § | | |

## INDEX OF MATTERS BEING FILED

**Exhibit**   **Name of Document**

A. Certified Copy of Civil Docket Sheet from January 8, 2021;

B. Copy of Plaintiff's Original Petition and Request for Disclosure filed on December 1, 2020;

C. Copy of letter to court filed by Plaintiff's counsel on December 1, 2020, requesting citations to be issued;

D. Copy of Citation issued to Defendant Carter Prather, filed on December 1, 2020;

E. Copy of Citation issued to Defendant Asphalt & Fuel Transport, LLC d/b/a AF Transport, filed on December 1, 2020;

F. Copy of Return of Service for Defendant Carter Prather filed on December 15, 2020;

G. Copy of Notice of Initial Dismissal Hearing filed by Judge Whitmore on December 4, 2020;

H. Copy of Defendants Carter Prather and Asphalt & Fuel Transport, LLC d/b/a AF Transport's Original Answer filed on January 8, 2021.

# Exhibit 4

# Texas Secretary of State
## Ruth R. Hughs

**Service of Process Search**

| Service # | Defendant | Style | Cause # |
|---|---|---|---|
| | | | |

**Found:** 1  **Displayed:** 1

Service #: **2021323688**   Received **12/15/2020 8:58:30 AM**   Cause #: **DC2017766**

Style: **VAN PHI VS CARTER PRATHER, ET AL**

Court: **193rd Judicial District Court Of Dallas County, Texas**

**Service Action #1**   Forwarded **12/21/2020**   Return Receipt Dated **12/28/2020**

   Defendant Name: **ASPHALT & FUEL TRANSPORT LLC DBA AF TRANSPORT**

   Result: **bearing signature**

- SOSDirect - Business Filings
- Business Copies and Certificates
- Uniform Commercial Code
- Texas Businesses Against Trafficking
- Texas.gov

- VoteTexas.gov - Voter Information
- Register to Vote & Voter I.D.
- Website Policies
- Open Records
- Contact us

- Statewide Search
- Texas Homeland Security
- Where the Money Goes
- Fraud Reporting
- Texas Veterans Portal



# Exhibit 5

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Van Phi
Plaintiff

v.

DC-20-17766
Civil Action No.

Prather and Asphalt & Fuel Transport, LLC
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Asphalt & Fuel Transport, LLC d/b/a AF Transport

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

ACE American Insurance Company

|  |  |
|---|---|
| Date: | 01/08/21 |
| Signature: | /s/ Raymond B. Albertson |
| Print Name: | Raymond B. Albertson |
| Bar Number: | 00971600 |
| Address: | 2001 Bryan Street, Suite 3625 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | (214) 721-6210 |
| Fax: | (214) 721-6289 |
| E-Mail: | Efiling@meaderslaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons