# Exhibit B

Case 1:21-xc-00012-H   Document 1-2   Filed 01/08/21   Page 2 of 5   PageID 26

FILED
12/1/2020 1:54 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Belinda Hernandez DEPUTY

DC-20-17766

CAUSE NO._____

| | |
|---|---|
| VAN PHI,<br>    Plaintiff,<br><br>v.<br><br>CARTER PRATHER AND ASPHALT &<br>FUEL TRANSPORT LLC D/B/A AF<br>TRANSPORT,<br>    Defendants. | IN THE DISTRICT COURT<br><br>L-193RD JUDICIAL DISTRICT<br><br>DALLAS COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

  COMES NOW, VAN PHI, Plaintiff, and files Plaintiff's Original Petition, complaining of CARTER PRATHER AND ASPHALT & FUEL TRANSPORT LLC D/B/A AF TRANSPORT, Defendants, and would show unto the Court as follows:

### I. DISCOVERY PLAN

  1. This suit is governed by discovery control plan II under Rule 190.3 of the Texas Rules of Civil Procedure.

### II. PARTIES

  2. Plaintiff, VAN PHI, is an individual who resides at 6406 Port Isabel Drive., Rowlett, Dallas County, Texas TX 75089.

  3. Defendant, CARTER PRATHER, is an individual who resides at 3809 South Nassau Avenue, Sand Springs, Tulsa County, OK 75063, and may be served with process at that address. Citation is requested for this Defendant and service will be completed by a private process server.

  4. Upon information and belief, Defendant, ASPHALT & FUEL TRANSPORT LLC D/B/A AF TRANSPORT is an out of state corporation with a principal place of business at 5 Sulzer Way Tulsa, OK 74131, who upon information and/or belief does not have a registered agent in the State of Texas and may be served with process through its President, Vice President, or any officer of the company through the Secretary of State at PO Box 12079, Austin, TX 78711, at the above principal place of business. Citation is being requested for this Defendant and service will be completed by a private process

server.

### III. JURISDICTION & VENUE

5. The Court has continuing jurisdiction over Defendants, because Defendant, Carter Prather, committed a tort within the State of Texas, and Defendant, Asphalt & Fuel Transport LLC, DBA AF Transport, maintains substantial and continuing contacts with the State of Texas. The Court has jurisdiction over the controversy, because the damages are within the statutory jurisdictional limits of the Court.

6. Venue is proper in Dallas County, Texas, because all or a substantial part of the events or omissions giving rise to the claim occurred in Dallas County.

### IV. FACTS

7. This lawsuit results from an automobile collision that occurred on or about March 31, 2020, at Interstate Highway 30 in Dallas, Dallas County, Texas. Plaintiff, Van Phi, was traveling westbound on Interstate Highway 30 with Defendant in the adjacent lane. Defendant, Carter Prather, failed to control his speed and struck Plaintiff's vehicle when she merged lanes directly in front of his vehicle. At the time of the collision, Defendant, Carter Prather, was acting in the course and scope of his employment with Defendant, Asphalt & Fuel Transport LLC, DBA AF Transport. As a result of the impact, Plaintiff suffered bodily injury.

### V. NEGLIGENCE

8. Defendant, Carter Prather, and Defendant, Asphalt & Fuel Transport LLC, DBA AF Transport, vicariously, had a duty to exercise ordinary care and operate the vehicle reasonably and prudently and failed to do so. Defendants were negligent in at least the following respects:

   a. Failure to maintain a proper lookout;

   b. Failure to make such application of the brakes as a person using ordinary care would have made;

   c. Failure to maintain proper control of the vehicle under the conditions then and there existing;

    d.    Failure to turn the vehicle to the right or left to avoid the collision;

    e.    Traveling at an unsafe speed; and

    f.    Failure to maintain an adequate distance between the vehicle and the vehicle driven by Plaintiff, Van Phi.

## VI. RESPONDEAT SUPERIOR

9.    At the time of the accident, Defendant, Carter Prather, was the agent, servant, and employee of Defendant, Asphalt & Fuel Transport LLC, DBA AF Transport, and was acting within the scope of his authority as such agent, servant, and employee. Defendant, Asphalt & Fuel Transport LLC, DBA AF Transport is liable to Plaintiff for the negligence of Defendant, Carter Prather, under the common law doctrine of *respondeat superior.*

## VII. DAMAGES

10.    As a proximate result of Defendants' negligence, Plaintiff suffered bodily injury. Plaintiff suffered the following damages:

    a.    Physical pain and mental anguish in the past and future;

    b.    Medical expenses in the past and future; and

    c.    Physical impairment.

## VIII. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, VAN PHI, respectfully requests that Defendants, CARTER PRATHER AND ASPHALT & FUEL TRANSPORT LLC D/B/A AF TRANSPORT, be cited to appear and answer, and on final trial, that Plaintiff have judgment against Defendants for:

    a.    Actual damages;

    b.    Prejudgment and post-judgment interest as allowed by law;

    c.    Costs of suit;

    d.    monetary relief over $250,000 but not more than $1,000,000; and

    e.    Any further relief, either in law or equity, to which Plaintiff is justly entitled.

## IX. REQUEST FOR DISCLOSURE

Pursuant Rule 194 of the Texas Rules of Civil Procedure, please disclose all information identified in Rule 194.2 (a) - (l).

>  Respectfully submitted,
>
>  Ben Abbott & Associates, PLLC
>  1934 Pendleton Drive
>  Garland, TX 75041
>  (972) 263-5555
>  (817) 263-5555
>  (972) 682-7586 Facsimile
>  eService@benabbott.com
>
>  ***/s/ James Bauguss III***
>  by: James Bauguss III
>  State Bar No.  24045463
>
>  ATTORNEYS FOR PLAINTIFF